IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY REED,

        Plaintiff,

v.        4:05cv469-WS

CHARLIE CRIST, et al.,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 20, 2006. See Doc. 11. The magistrate judge recommends that the plaintiff's complaint be dismissed for failure to state a claim upon which relief may be granted. In response, the plaintiff has filed a motion to strike (doc. 12) the report and recommendation. The motion to strike has been construed as objections to the report and recommendation and has been considered accordingly.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation must be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's complaint and this action are hereby DISMISSED for failure to state a claim upon which relief may be granted.

3.  The plaintiff's motion to strike (doc. 12), construed as objections to the magistrate judge's report and recommendation, is DENIED.

4.  The clerk shall note on the docket that this cause has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this February 22, 2006.

  /s William Stafford  
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE